# Court of Appeals
## Tenth Appellate District of Texas

10-25-00428-CV

Cameron Miller,
Appellant

v.

Germania Companies as Subrogee of Bailee Smith and Glenn Smith,
Appellee

On appeal from the
472nd District Court of Brazos County, Texas
Judge G. Jerrell Wise, presiding
Trial Court Cause No. 25-000287-CV-472

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Cameron Miller, appealed from a final judgment signed by the trial court on October 10, 2025. On November 14, 2025, Appellant was notified that the docketing statement was due to be completed and returned to this Court on or before Monday, November 24, 2025. The docketing statement was not received. *See* TEX. R. APP. P. 32.1.

By letter dated December 11, 2025, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Monday, December 29, 2025. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the docketing statement has not been received, nor have we received any request for an extension of time to file the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 32.1, 42.3(c).

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED: January 8, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

